```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ALABAMA
                       NORTHERN DIVISION
```

CHARLES YOUNG,                  :

    Plaintiff,              :

vs.                             :
                                            CIVIL ACTION 05-0504-M

JO ANNE B. BARNHART,            :
Commissioner of
Social Security,                :

    Defendant.              :


## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Jo Anne B. Barnhart and against Plaintiff Charles Young.

DONE this 16th day of March, 2006.

                                                  s/BERT W. MILLING, JR.
                                                  UNITED STATES MAGISTRATE JUDGE